IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Property Tax

| ROSEMARY A. HOUHA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | TC-MD 130560N |
| | ) | |
| v. | ) | |
| | ) | |
| MULTNOMAH COUNTY ASSESSOR, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | **FINAL DECISION OF DISMISSAL** |

The court entered its Decision of Dismissal in the above-entitled matter on April 10, 2014. The court did not receive a request for an award of costs and disbursements (TCR-MD 19) within 14 days after its Decision of Dismissal was entered. The court's Final Decision of Dismissal incorporates its Decision of Dismissal without change.

This matter is before the court on its own motion to dismiss this case for lack of prosecution.

On March 25, 2014, the court sent the parties an Order instructing Plaintiff to file a status report within 14 days stating whether she wished to continue this appeal and, if so, identifying the real market values requested for the tax years at issue. The Order advised that failure to comply with the deadline set forth therein would result in dismissal of Plaintiff appeal.

Plaintiff's deadline has passed and the court has not received Plaintiff's status report or any further communication from Plaintiff. As a consequence, the court finds this matter should be dismissed for lack of prosecution. Now, therefore,

/ / /

/ / /

/ / /

/ / /

IT IS THE DECISION OF THIS COURT that this matter is dismissed.

Dated this ＿＿ day of April 2014.

＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

ALLISON R. BOOMER
MAGISTRATE

*If you want to appeal this Final Decision, file a Complaint in the Regular Division of the Oregon Tax Court, by <u>mailing</u> to: 1163 State Street, Salem, OR 97301-2563; or by <u>hand delivery</u> to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your Complaint must be submitted within <u>60</u> days after the date of the Final Decision or this Final Decision cannot be changed.*

*This document was signed by Magistrate Allison R. Boomer on April 29, 2014. The Court filed and entered this document on April 29, 2014.*